**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v**                                      **4:09-CR-00163(1-3)-BRW**

**GARRET SORENSEN,** *et al.*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**STEPHEN L. LaFRANCE HOLDINGS, INC.,** *et al.*                    **PLAINTIFFS**

**UNITED STATES OF AMERICA**                                          **INTERVENOR**

**v.**                                      **4:11-CV-00807-BRW**

**GARRET SORENSEN,** *et al.*                                        **DEFENDANTS**

**ORDER**

In view of the fact that I would like a hard copy of the deposition taken Monday, and in view of the fact that Mr. James advises that it will not be available for two weeks, I would like to know if an expedited copy can be obtained.  If so, Plaintiffs' counsel is directed to pay the reasonable costs of an expedited copy.

IT IS SO ORDERED this 9th day of November, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT COURT