**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 8, 2011**

Re:   *Stephen L. LaFrance Holdings, Inc. v. Garret Sorensen, Inc.*,
       4:11-CV-00807-BRW

Dear Counsel:

I just learned that none of the parties have ordered an official transcript of the November 28, 2011 hearing, so I ordered one today. I was advised that it will not be available until sometime next week. I anticipate that an order will be entered shortly after I receive this official transcript.

Cordially,

/s/ Billy Roy Wilson