**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 9, 2011**

Re:   *Stephen L. LaFrance Holdings, Inc. v. Garret Sorensen, Inc.*,
      4:11-CV-00807-BRW

Dear Counsel:

Belay my last regarding the formal transcript. I plan to enter the order without it. I believe I will have the facts firmly in mind without a formal transcript -- so I am not ordering one.

Cordially,

/s/Billy Roy Wilson