IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| STEPHEN L. LaFRANCE HOLDINGS, INC., *et al*. | PLAINTIFFS |
| UNITED STATES OF AMERICA | INTERVENOR |
| v.                 4:11-CV-00807-BRW | |
| GARRET SORENSEN, *et al*. | DEFENDANTS |

## ORDER

The fee, costs and expense Motions filed yesterday by counsel for Garret Sorensen (Doc. Nos. 70, 71) should be substantially revised -- with respect to both Motions.

For one thing, a fee request against respondent Solomon of more than $10,000 will not be granted.

A fee request against the other respondent (the Government) of more than $5,000 will not be granted.

Block billing for fees, costs, and expenses must be avoided -- precise, itemized claims should be made.

Without going into detail at this point, counsel should be careful not to submit claims for items that are clearly not recoverable.

Another expected improvement would be the showing of subtotals for each lawyer.

Enfin, much more specific, precise information must be included.  Anything that is not clear is likely to be disallowed.

Mr. Sorensen is given until 3:00 p.m., Thursday, January 12, 2012, to submit a revised claim.

2

Respondents deadline for responding to the revised claims is 3:00 p.m., Thursday, January 19, 2012.

Respondents need not reply to the current Motions. Those motions are DENIED without prejudice and are MOOT.

IT IS SO ORDERED this 5th day of January, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE