IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN L. LaFRANCE                                                   PLAINTIFFS
HOLDINGS, INC., *et al.*

UNITED STATES OF AMERICA                                              INTERVENOR

v.                                    4:11-CV-00807-BRW

GARRET SORENSEN, *et al.*                                             DEFENDANTS

## ORDER

The fee petition filed yesterday for Katherine Sorensen (Doc. No. 72) should be revised to address the request with considerably more specificity.

Ms. Sorensen is given until 3:00 p.m., Thursday, January 12, 2012, to submit a revised claim.

Respondent's (the Government) deadline for responding to the revised claim is 3:00 p.m., Thursday, January 19, 2012.

Respondent need not reply to the current Motion. That Motion (Doc. No. 72) is DENIED without prejudice and is MOOT.

IT IS SO ORDERED this 5th day of January, 2012.

/s/Billy Roy Wilson
 UNITED STATES DISTRICT JUDGE