IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **STEPHEN L. LaFRANCE HOLDINGS, INC.,** *et al.* | **PLAINTIFFS** |
| **UNITED STATES OF AMERICA** | **INTERVENOR** |
| v.   4:11-CV-00807-BRW | |
| **GARRET SORENSEN,** *et al.* | **DEFENDANTS** |

## ORDER

Counsel for Garret Sorensen and Katherine Sorensen are given to and including Thursday, January 26, 2012, to file a brief reply to the Government's Response to Garret Sorensen's and Katherine Sorensen's Amended and Substituted Motions for Attorneys' Fees and for Rule 11 Sanctions (Doc. No. 80).

It would be good if the reply, if one is filed, is weighted towards citations, vice prose.

IT IS SO ORDERED this 19th day of January, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE